UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION



IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC,
TELEPHONE CONSUMER PROTECTION ACT LITIGATION

Cassidy v. Portfolio Recovery Associations LLC,  )
   D. South Carolina, C.A. No. 4:13-03017   )

MDL No. 2295

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Cassidy*) on December 23, 2013. Prior to expiration of that order's 7-day stay of transmittal, defendant in *Cassidy* filed a notice of opposition to the proposed transfer. Defendant subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-25" filed on December 23, 2013, is LIFTED insofar as it relates to this action. The action is transferred to the Southern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable John A. Houston.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on 01/15/14
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____Deputy